— LAW OFFICES —
# MARK J. CONWAY
A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET
DUNMORE, PA 18512
TELEPHONE: (570) 343-5350
FAX: (570) 343-5377
WWW.MJCONWAYLAW.COM

303 EAST SHORE DR.
LAKE ARIEL, PA 18436
(570) 343-5350

April 27, 2009

Terrence S. Miller
Clerk of the Bankruptcy Court
Middle District
197 South Main Avenue
Wilkes-Barre, PA 18701

RE: **Allen & Evelyn M. Campbell**
<u>Case No. 5-03-53019</u>

Dear Terrence:

Enclosed please find check number 135 in the amount of $1,064.65 representing the dividends issued to creditors, check uncased unable to locate creditor along with the name, claim number, original check number and addresses of the creditors. Please deposit this check into your account.

| Check # | Creditor | Amount | Claim # |
|---|---|---|---|
| 127 | FCNB Processing Center | $1,010.77 | 4 |
| PO Box 4505, Woburn, MA 01888 | | | |
| 128 | FCNB Processing Center | $53.88 | 4I |
| PO Box 4505, Woburn, MA 01888 | | | |

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Angela M. Saar
Paralegal

Enclosure

